OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 15, 2007

TO:   Alvin Hansen
      Alvin Hansen, pro se
      P.O. Box 214
      Robbins, CA 95676

   *RE:  Documents Received via Fax on 8/15/07; 93-292(SLR)*

Dear Mr. Hansen:

   The Court is in receipt of papers faxed by you to the Court on August 15, 2007. It is unclear as to what you would like done with these documents. If you are filing a new complaint, please file it in accordance with the Federal Rules of Civil Procedure. Please note that the faxed documents received by this Court on 8/15/07 have been returned to you. In the future, please be aware that it is inappropriate to fax documents to the Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK


cc:   The Honorable Sue L. Robinson
      Alpha File
enc:  Returned Documents Received via fax
      on 8/15/07