OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 4, 2007

TO:  Alvin Hansen
     P.O. Box 214
     Robbins, CA 95676

*RE: Return of Documents Received via Fax on 9/3/07;
     CA 93-292 SLR*

Dear Mr. Hansen:

   The Court is in receipt of papers faxed by you on 9/3/07. It is unclear as to what you would like done with these documents, therefore the documents are being returned to you without action. If filing a new complaint, please file in accordance with the Federal Rules of Civil Procedure.

   Please note that it is inappropriate to submit documents to the Court by fax. Section (L) of this Court's *Revised Administrative Procedures Governing Filing and Service by Electronic Means*, states "No pleadings or other documents shall be submitted to the Court for filing by facsimile transmission without prior leave of Court."

   Nothing contained in this letter is intended to express an opinion as the merits of any claim which you may be alleging.

                              Sincerely,

/rbe                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Sue L. Robinson, CA 93-292 SLR
     Alpha File
enc: Documents faxed to Clerk's Office on 9/3/07