OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170<br>Web Site: www.ded.uscourts.gov |

September 7, 2007

TO:   Alvin J. Hansen, Pro Se
      1911 Douglass Blvd., 85-439
      Roseville, CA 93611

*RE:  Documents Received via Fax, CA 93-292 SLR*

Dear Mr. Hansen:

We are in receipt of papers that you faxed to us on various dates in the past several weeks. It is unclear as to what you would like done with these documents, therefore we attempted to return them to you with cover letters from the Clerk of Court. One of the Clerk's letters has now been returned marked "Undeliverable" mail. Our letters prior to this one were sent to your last known address, P.O. Box 214, Robbins, CA 95676. We also attempted to fax a letter to you today for the same reason, to FAX (916) 782-7016. The fax attempt was also unsuccessful. The above address was found in papers received on September 5, 2007.

The case that you refer to, CA 93-292 SLR, was closed on 2/18/94. Orders were issued by the Court on 11/20/96 and 5/21/98, advising that no further action was warranted after reviewing previous document submissions that you made.

Please note that it is inappropriate to submit documents to the Court by facsimile. Section (L) of the *Revised Administrative Procedures Governing Filing and Service by Electronic Means*, states "No pleadings or other documents shall be submitted to the Court for filing by facsimile transmission without prior leave of Court."

All further correspondence that you submit by facsimile will be disregarded by the court. If filing a new complaint, it should be filed in accordance with the Federal Rules of Civil Procedure, accompanied by the current filing fee of $350.00.

    Nothing contained in this letter is intended to express an opinion as the merits of any claim which you may be alleging.

                                        Sincerely,

/rbe                                 PETER T. DALLEO
                                      CLERK

cc:   The Honorable Sue L. Robinson, CA 93-292 SLR
      Alpha File

enc: Docket Sheet, CA 93-292 SLR
     Page 7, CM/ECF Administrative Procedures, Section (L)